```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 14993
    KATHLEEN T MUHNE
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1688

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 08/18/2007 and was confirmed 11/28/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 10/01/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
JP MORGAN CHASE BANK NA    SECURED             8856.19      645.93        2558.64
CHASE                      NOTICE ONLY   NOT FILED            .00            .00
WASHINGTON MUTUAL BANK     CURRENT MORTG    15761.33          .00       15761.33
WASHINGTON MUTUAL BANK     MORTGAGE ARRE    24135.22          .00            .00
SHAPIRO & FISHER           NOTICE ONLY   NOT FILED            .00            .00
ACTIVITY COLLECTION SVC    UNSEC W/INTER      122.00          .00            .00
COMPUTER CREDIT            UNSEC W/INTER NOT FILED            .00            .00
CREDIT MANAGEMENT SERVIC   UNSEC W/INTER NOT FILED            .00            .00
NICOR GAS                  UNSEC W/INTER NOT FILED            .00            .00
NORMAN J WOOLEY            UNSEC W/INTER NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER         .00          .00            .00
D PATRICK MULLARKEY        NOTICE ONLY   NOT FILED            .00            .00
DISTRICT COUNSEL           NOTICE ONLY   NOT FILED            .00            .00
UNITED STATES ATTORNEY     NOTICE ONLY   NOT FILED            .00            .00
TIMOTHY K LIOU             DEBTOR ATTY       2,209.20                     1,995.78
TOM VAUGHN                 TRUSTEE                                        1,732.32
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    22,694.00

PRIORITY                                              .00
SECURED                                         18,319.97
     INTEREST                                      645.93
UNSECURED                                             .00
ADMINISTRATIVE                                   1,995.78
TRUSTEE COMPENSATION                             1,732.32
DEBTOR REFUND                                         .00
                           ---------------    ---------------

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 14993 KATHLEEN T MUHNE
```

```
TOTALS                                   22,694.00           22,694.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```